**Plaintiffs Pro Se**
Maria A. Anders
143 Northridge Rd,
Santa Barbara, CA 93105
Telephone (310)-980 - 6200
Email: andersm310@gmail.com

**Defendants**
County of Santa Barbara
Sherriff's Department
4434 Calle Real
Santa Barbara, CA 93110
(805) 681-4100
info@sbsheriff.org

**Santa Barbara Police Department**
735 Anacapa Street
Santa Barbara, CA 93101
Phone: (805) 963-0611

**John/Jane Doe 1-1000**
**Government and/or corporate entities 1-1000**



FILED
CLERK, U.S. DISTRICT COURT

JAN 25 2023

CENTRAL DISTRICT OF CALIFORNIA
BY: ____EEE_____ DEPUTY

2:23-CV-00617-FWS-MAA

### IN THE DISTRICT COURT OF THE STATE OF CALIFORNIA
### LOS ANGELES DIVISION DIVISION

| | | |
|---|---|---|
| Maria A. Anders | ) | Case No. |
| | ) | |
| Vs | ) | COMPLAINT; REQUEST OF 90 DAY EXTENTION TO FILE INITIAL COMPLAINT |
| | ) | |
| County of Santa Barbara Sherriff's Department | ) | |
| | ) | Date: January 24th, 2023 |
| | ) | Assigned: |

1  Your Honor,

2      As a background to this lawsuit, this is a somewhat complicated case involving sheriff and
3  police officers misconduct, unlawful detainer, violation of civil rights, and malicious prosecution just
4  to name a few.  There were two lengthy proceedings related to this case that have just concluded on
5  December 14th 2022 and December 19th, 2022, and additional litigation is pending in Santa Barbara
6  Superior Court, Anacapa Division.

1        This litigation is not intended for the purposes of an appeal of any decisions of the lower court
2 (those are being filed separately).  I am strongly convinced that there was gross misconduct on the part
3 of the Santa Barbara sheriffs and Santa Barbara police officers.  There has also been severe prejudice
4 at the Santa Barbara Superior Court that has allowed this to happen in favor of certain group of people.
5 The main purpose of this lawsuit at this time is judicial review of actions of all the defendants in their
6 professional capacity.  I am also planning to seek monetary and injunctive relief for all the plaintiffs
7 (likely that more will join in this action).

8        If possible, this case should be sealed due to its sensitive nature, with the hope there will not be
9 any retaliation on the part of the defendants.

10

11        Due to recent trials and also due to illness that I had experienced during the last month this is a
12 last minute submission.  I am concerned that there may be a statute of limitation that is running out,
13 although there is a strong argument that can be made that December 14th 2022 is the date for the
14 beginning.  That being said, out of caution, I am filing at this time notice of legal action.

15        I respectfully request that there is a 90 day extension for any statutes of limitation that may
16 apply to this case granted for submission of the full initial complaint for your review.  I also request
17 that any party notification is postponed after submission of the complaint.

18

19 Respectfully

20

21 Dr. Maria Anders, DO  10/24/2022

22 *Maria A. Anders*

23